UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DORIS MORRIS, ) | No. ED CV 09-1255-PLA |
| ) Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) MICHAEL J. ASTRUE, ) COMMISSIONER OF SOCIAL ) SECURITY ADMINISTRATION, ) ) Defendant. ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded for further administrative proceedings consistent with the Memorandum Opinion.

DATED: April 26, 2010

                                                  PAUL L. ABRAMS
                                 UNITED STATES MAGISTRATE JUDGE